

Departamento de Corrección y Rehabilitación
Informe de Transacciones del Confinado (detallado)
## 949   DAVID {31102} NUÑEZ PEREZ

Guerrero

| | Fec Reg | Fec Recibo | Transacción | Comentario | Recibo / Chk | Cantidad | Balance |
|---|---|---|---|---|---|---|---|
| tecsecure | 06/29/2010 | 06/29/2010 | Balance inicial | | | $2.99 | $2.99 |
| jnarvaez | 08/04/2010 | 08/04/2010 | Compra | SAC automated transaction during invoice generation | | ($2.99) | $0.00 |
| enieves | 08/05/2010 | 07/30/2010 | Depósito Bancario | | | $45.00 | $45.00 |
| enieves | 08/05/2010 | 07/30/2010 | Cargo por servicio | | | ($1.00) | $44.00 |
| wortiz | 08/16/2010 | 08/16/2010 | Compra | SAC automated transaction during invoice generation | | ($35.44) | $8.56 |
| ndiaz | 08/23/2010 | 08/19/2010 | Depósito Bancario | | | $30.00 | $38.56 |
| ndiaz | 08/23/2010 | 08/19/2010 | Cargo por servicio | | | ($1.00) | $37.56 |
| egtorres | 09/15/2010 | 09/15/2010 | Pendiente de Cheque | | | $0.00 | $37.56 |
| egtorres | 09/24/2010 | 09/24/2010 | Cheque transferido | PONCE | | ($37.56) | $0.00 |
| enieves | 03/02/2012 | 03/01/2012 | Depósito Electrónico | (Referencia bancaria: 9057700) | | $80.00 | $80.00 |
| enieves | 03/02/2012 | 03/02/2012 | Cargo por Servicio (Dep Elect) | (Referencia bancaria: 9057700) | | ($1.00) | $79.00 |
| jcolon | 03/08/2012 | 03/08/2012 | Compra | Factura: 12030423-9246 | | ($67.73) | $11.27 |
| jcolon | 03/13/2012 | 03/13/2012 | Compra | Factura: 12030423-9386 | | ($11.21) | $0.06 |
| egtorres | 03/30/2012 | 03/30/2012 | Transferencia Recibida | PONCE | | $0.81 | $0.87 |
| emcorrea | 05/29/2012 | 05/17/2012 | Depósito Bancario | | | $31.00 | $31.87 |
| emcorrea | 05/29/2012 | 05/17/2012 | Cargo por servicio | | | ($1.00) | $30.87 |
| jcolon | 05/30/2012 | 05/30/2012 | Compra | Factura: 12050423-0586 | | ($29.08) | $1.79 |
| jcolon | 06/20/2012 | 06/20/2012 | Compra | Factura: 12060423-0949 | | ($1.61) | $0.18 |
| Miriam ortiz | 08/06/2012 | 07/18/2012 | Depósito Bancario | | | $40.00 | $40.18 |
| Miriam ortiz | 08/06/2012 | 07/18/2012 | Cargo por servicio | | | ($1.00) | $39.18 |
| jcolon | 08/08/2012 | 08/08/2012 | Compra | Factura: 12080423-1607 | | ($39.18) | $0.00 |
| enieves | 08/27/2012 | 08/21/2012 | Depósito Bancario | | | $20.00 | $20.00 |
| enieves | 08/27/2012 | 08/21/2012 | Cargo por servicio | | | ($1.00) | $19.00 |
| jcolon | 08/29/2012 | 08/29/2012 | Compra | Factura: 12080423-1847 | | ($18.59) | $0.41 |
| emcorrea | 09/10/2012 | 09/07/2012 | Depósito Bancario | | | $15.00 | $15.41 |
| emcorrea | 09/10/2012 | 09/07/2012 | Cargo por servicio | | | ($1.00) | $14.41 |
| jcolon | 09/12/2012 | 09/12/2012 | Compra | Factura: 12090423-2187 | | ($13.38) | $1.03 |
| enieves | 09/17/2012 | 09/13/2012 | Depósito Electrónico | (Referencia bancaria: 4868765) | | $20.00 | $21.03 |
| enieves | 09/17/2012 | 09/17/2012 | Cargo por Servicio (Dep Elect) | (Referencia bancaria: 4868765) | | ($1.00) | $20.03 |
| jcolon | 09/18/2012 | 09/18/2012 | Compra | Factura: 12090423-2311 | | ($19.56) | $0.47 |
| emcorrea | 11/02/2012 | 11/01/2012 | Depósito Electrónico | (Referencia bancaria: 4194860) | | $40.00 | $40.47 |



Departamento de Corrección y Rehabilitación
**Informe de Transacciones del Confinado (detallado)**
### 949   DAVID {31102} NUÑEZ PEREZ
Guerrero

| | Fec Reg | Fec Recibo | Transacción | Comentario | Recibo / Chk | Cantidad | Balance |
|---|---|---|---|---|---|---|---|
| emcorrea | 11/02/2012 | 11/02/2012 | Cargo por Servicio (Dep Elect) | (Referencia bancaria: 4194860) | | ($1.00) | $39.47 |
| jcolon | 11/07/2012 | 11/07/2012 | Compra | Factura. 12110423-3071 | | ($39.01) | $0.46 |
| emcorrea | 12/18/2012 | 12/17/2012 | Depósito Electrónico | (Referencia bancaria: 4957233) | | $40.00 | $40.46 |
| emcorrea | 12/18/2012 | 12/18/2012 | Cargo por Servicio (Dep Elect) | (Referencia bancaria: 4957233) | | ($1.00) | $39.46 |
| emcorrea | 12/20/2012 | 12/18/2012 | Depósito Electrónico | (Referencia bancaria: 4189031) | | $20.00 | $59.46 |
| emcorrea | 12/20/2012 | 12/20/2012 | Cargo por Servicio (Dep Elect) | (Referencia bancaria: 4189031) | | ($1.00) | $58.46 |
| k_bay292 | 12/22/2012 | 12/22/2012 | Compra | 12120423-4030 | | ($55.31) | $3.15 |
| k_bay292 | 01/11/2013 | 01/11/2013 | Compra | 13010423-4252 | | ($3.01) | $0.14 |
| emcorrea | 03/26/2013 | 03/25/2013 | Depósito Bancario | BR4213464 | FB4213464/ 0 | $40.00 | $40.14 |
| emcorrea | 03/26/2013 | 03/25/2013 | Cargo por servicio | BR4213464 | | ($1.00) | $39.14 |
| k_bay292 | 04/01/2013 | 04/01/2013 | Compra | 13040423-5476 | | ($38.68) | $0.46 |
| Miriam ortiz | 04/23/2013 | 04/16/2013 | Depósito Bancario | | | $20.00 | $20.46 |
| Miriam ortiz | 04/23/2013 | 04/16/2013 | Cargo por servicio | | | ($1.00) | $19.46 |
| k_bay292 | 04/28/2013 | 04/28/2013 | Compra | 13040423-6138 | | ($19.22) | $0.24 |
| pcotto | 05/13/2013 | 05/10/2013 | Depósito Electrónico | (Referencia bancaria: 4984321) | | $11.00 | $11.24 |
| pcotto | 05/13/2013 | 05/13/2013 | Cargo por Servicio (Dep Elect) | (Referencia bancaria: 4984321) | | ($1.00) | $10.24 |
| k_bay292 | 05/13/2013 | 05/13/2013 | Compra | 13050423-6305 | | ($10.20) | $0.04 |
| pcotto | 05/21/2013 | 05/20/2013 | Depósito Electrónico | (Referencia bancaria: 4828096) | | $20.00 | $20.04 |
| pcotto | 05/21/2013 | 05/21/2013 | Cargo por Servicio (Dep Elect) | (Referencia bancaria: 4828096) | | ($1.00) | $19.04 |
| k_bay292 | 05/26/2013 | 05/26/2013 | Compra | 13050423-6637 | | ($18.87) | $0.17 |
| pcotto | 07/11/2013 | 07/10/2013 | Depósito Electrónico | (Referencia bancaria: 4172717) | | $150.00 | $150.17 |
| pcotto | 07/11/2013 | 07/11/2013 | Cargo por Servicio (Dep Elect) | (Referencia bancaria: 4172717) | | ($1.00) | $149.17 |
| k_bay292 | 07/14/2013 | 07/14/2013 | Compra | 13070423-7425 | | ($86.66) | $62.51 |
| k_bay292 | 07/30/2013 | 07/30/2013 | Compra | 13070423-7607 | | ($62.32) | $0.19 |
| pcotto | 09/17/2013 | 09/16/2013 | Depósito Electrónico | (Referencia bancaria: 4993521) | | $20.00 | $20.19 |
| pcotto | 09/17/2013 | 09/17/2013 | Cargo por Servicio (Dep Elect) | (Referencia bancaria: 4993521) | | ($1.00) | $19.19 |
| k_bay292 | 09/22/2013 | 09/22/2013 | Compra | 13090423-8399 | | ($18.66) | $0.53 |
| mmlopez | 10/22/2013 | 10/21/2013 | Depósito Electrónico | (Referencia bancaria: 4043123) | | $20.00 | $20.53 |
| mmlopez | 10/22/2013 | 10/22/2013 | Cargo por Servicio (Dep Elect) | (Referencia bancaria: 4043123) | | ($1.00) | $19.53 |



Departamento de Corrección y Rehabilitación
**Informe de Transacciones del Confinado (detallado)**
### 949   DAVID {31102} NUÑEZ PEREZ

Guerrero

| | Fec Reg | Fec Recibo | Transacción | Comentario | Recibo / Chk | Cantidad | Balance |
|---|---|---|---|---|---|---|---|
| pcotto | 10/31/2013 | 10/30/2013 | Depósito Electrónico | (Referencia bancaria: 4028213) | | $20.00 | $39.53 |
| pcotto | 10/31/2013 | 10/31/2013 | Cargo por Servicio (Dep Elect) | (Referencia bancaria: 4028213) | | ($1.00) | $38.53 |
| k_bay292 | 11/03/2013 | 11/03/2013 | Compra | 13110423-9003 | | ($38.28) | $0.25 |
| jarias | 12/02/2013 | 12/02/2013 | Nómina - Mantenimiento | | AG 213/ 0 | $17.60 | $17.85 |
| k_bay292 | 12/16/2013 | 12/16/2013 | Compra | 13120423-9513 | | ($16.48) | $1.37 |
| pcotto | 01/09/2014 | 01/08/2014 | Depósito Electrónico | (Referencia bancaria: 4571556) | | $30.00 | $31.37 |
| pcotto | 01/09/2014 | 01/09/2014 | Cargo por Servicio (Dep Elect) | (Referencia bancaria: 4571556) | | ($1.00) | $30.37 |
| k_bay292 | 01/11/2014 | 01/11/2014 | Compra | 14010423-9610 | | ($25.62) | $4.75 |
| fferrer | 01/20/2014 | 01/20/2014 | Compra | Factura: 14010423-9801 | | ($3.05) | $1.70 |
| pcotto | 01/23/2014 | 01/22/2014 | Depósito Electrónico | (Referencia bancaria: 4377928) | | $73.00 | $74.70 |
| pcotto | 01/23/2014 | 01/23/2014 | Cargo por Servicio (Dep Elect) | (Referencia bancaria: 4377928) | | ($1.00) | $73.70 |
| k_bay292 | 01/25/2014 | 01/25/2014 | Compra | 14010423-0007 | | ($73.52) | $0.18 |
| aecordero | 02/04/2014 | 02/04/2014 | Nómina Regular | ORDENANZA | SEPT./2013/ 0 | $16.80 | $16.98 |
| mmlopez | 02/06/2014 | 02/05/2014 | Depósito Electrónico | (Referencia bancaria: 4329127) | | $60.00 | $76.98 |
| mmlopez | 02/06/2014 | 02/06/2014 | Cargo por Servicio (Dep Elect) | (Referencia bancaria: 4329127) | | ($1.00) | $75.98 |
| k_bay292 | 02/08/2014 | 02/08/2014 | Compra | 14020423-0068 | | ($54.41) | $21.57 |
| pcotto | 02/20/2014 | 02/19/2014 | Depósito Electrónico | (Referencia bancaria: 4260145) | | $30.00 | $51.57 |
| pcotto | 02/20/2014 | 02/20/2014 | Cargo por Servicio (Dep Elect) | (Referencia bancaria: 4260145) | | ($1.00) | $50.57 |
| k_bay292 | 02/22/2014 | 02/22/2014 | Compra | 14020423-0327 | | ($50.17) | $0.40 |
| jperez | 03/05/2014 | 03/04/2014 | Depósito Electrónico | (Referencia bancaria: 4113152) | | $70.00 | $70.40 |
| jperez | 03/05/2014 | 03/05/2014 | Cargo por Servicio (Dep Elect) | (Referencia bancaria: 4113152) | | ($1.00) | $69.40 |
| k_bay292 | 03/08/2014 | 03/08/2014 | Compra | 14030423-0478 | | ($68.97) | $0.43 |
| jarias | 03/19/2014 | 03/19/2014 | Nómina - Mantenimiento | | OCT 2013/ 0 | $18.40 | $18.83 |
| jarias | 03/19/2014 | 03/19/2014 | Nómina - Mantenimiento | | NOV 2013/ 0 | $16.80 | $35.63 |
| pcotto | 03/21/2014 | 03/20/2014 | Depósito Electrónico | (Referencia bancaria: 4649523) | | $30.00 | $65.63 |
| pcotto | 03/21/2014 | 03/21/2014 | Cargo por Servicio (Dep Elect) | (Referencia bancaria: 4649523) | | ($1.00) | $64.63 |
| k_bay292 | 03/22/2014 | 03/22/2014 | Compra | 14030423-0635 | | ($60.64) | $3.99 |
| pcotto | 04/03/2014 | 04/02/2014 | Depósito Electrónico | (Referencia bancaria: 4188575) | | $50.00 | $53.99 |



Departamento de Corrección y Rehabilitación
Informe de Transacciones del Confinado (detallado)
## 949   DAVID {31102} NUÑEZ PEREZ

Guerrero

| | Fec Reg | Fec Recibo | Transacción | Comentario | Recibo / Chk | Cantidad | Balance |
|---|---|---|---|---|---|---|---|
| pcotto | 04/03/2014 | 04/03/2014 | Cargo por Servicio (Dep Elect) | (Referencia bancaria: 4188575) | | ($1.00) | $52.99 |
| k_bay292 | 04/08/2014 | 04/08/2014 | Compra | 14040423-0898 | | ($50.99) | $2.00 |
| pcotto | 04/15/2014 | 04/14/2014 | Depósito Electrónico | (Referencia bancaria: 4586851) | | $40.00 | $42.00 |
| pcotto | 04/15/2014 | 04/15/2014 | Cargo por Servicio (Dep Elect) | (Referencia bancaria: 4586851) | | ($1.00) | $41.00 |
| pcotto | 04/15/2014 | 04/14/2014 | Depósito Electrónico | (Referencia bancaria: 4586853) | | $100.00 | $141.00 |
| pcotto | 04/15/2014 | 04/15/2014 | Cargo por Servicio (Dep Elect) | (Referencia bancaria: 4586853) | | ($1.00) | $140.00 |
| pcotto | 04/15/2014 | 04/14/2014 | Depósito Electrónico | (Referencia bancaria: 4586855) | | $100.00 | $240.00 |
| pcotto | 04/15/2014 | 04/15/2014 | Cargo por Servicio (Dep Elect) | (Referencia bancaria: 4586855) | | ($1.00) | $239.00 |
| k_bay292 | 04/19/2014 | 04/19/2014 | Compra | 14040423-1036 | | ($238.46) | $0.54 |
| jarias | 04/30/2014 | 04/30/2014 | Nómina - Mantenimiento | ORDENAN | DIC 2013/ 0 | $17.60 | $18.14 |
| k_bay292 | 05/03/2014 | 05/03/2014 | Compra | 14050423-1173 | | ($15.92) | $2.22 |
| k_bay292 | 05/17/2014 | 05/17/2014 | Compra | 14050423-1400 | | ($2.16) | $0.06 |
| aecordero | 12/04/2014 | 12/04/2014 | Cuenta Duplicada (CR) | VIENE DE CTA. # 31102 | | $69.00 | $69.06 |
| fferrer | 12/04/2014 | 12/04/2014 | Compra | Factura: 14120423-3917 | | ($66.70) | $2.36 |
| k_bay292 | 12/28/2014 | 12/28/2014 | Compra | 14120423-4220 | | ($2.25) | $0.11 |
| pcotto | 02/06/2015 | 02/05/2015 | Depósito transferido | BR # 4827911 [Cta. 31102] | CU15-149/ 0 | $20.00 | $20.11 |
| pcotto | 02/06/2015 | 02/05/2015 | Cargo por servicio | BR # 4827911 [Cta. 31102] | | ($1.00) | $19.11 |
| k_bay292 | 02/08/2015 | 02/08/2015 | Compra | 15020423-4762 | | ($19.01) | $0.10 |
| pcotto | 03/31/2015 | 03/30/2015 | Depósito transferido | BR # 4669053 [Cta. 31102] | CU15-185/ 0 | $100.00 | $100.10 |
| pcotto | 03/31/2015 | 03/30/2015 | Cargo por servicio | BR # 4669053 [Cta. 31102] | | ($1.00) | $99.10 |
| pcotto | 03/31/2015 | 03/30/2015 | Depósito transferido | BR # 4669055 [Cta. 31102] | CU15-185/ 0 | $100.00 | $199.10 |
| pcotto | 03/31/2015 | 03/30/2015 | Cargo por servicio | BR # 4669055 [Cta. 31102] | | ($1.00) | $198.10 |
| pcotto | 03/31/2015 | 03/30/2015 | Depósito transferido | BR # 4669057 [Cta. 31102] | CU15-185/ 0 | $100.00 | $298.10 |
| pcotto | 03/31/2015 | 03/30/2015 | Cargo por servicio | BR # 4669057 [Cta. 31102] | | ($1.00) | $297.10 |
| k_bay292 | 04/05/2015 | 04/05/2015 | Compra | 15040423-5461 | | ($297.05) | $0.05 |
| pcotto | 06/11/2015 | 06/08/2015 | Depósito transferido | BR # 4542859 [Cta. 31102] | CU15-234/ 0 | $40.00 | $40.05 |
| pcotto | 06/11/2015 | 06/08/2015 | Cargo por servicio | BR # 4542859 [Cta. 31102] | | ($1.00) | $39.05 |
| pcotto | 06/11/2015 | 06/10/2015 | Depósito transferido | BR # 4074739 [31102] | CU15-236/ 0 | $60.00 | $99.05 |
| pcotto | 06/11/2015 | 06/10/2015 | Cargo por servicio | BR # 4074739 [31102] | | ($1.00) | $98.05 |
| k_bay292 | 06/17/2015 | 06/17/2015 | Compra | 15060423-6462 | | ($92.28) | $5.77 |



Departamento de Corrección y Rehabilitación
**Informe de Transacciones del Confinado (detallado)**
### 949   DAVID {31102} NUÑEZ PEREZ

Guerrero

| | Fec Reg | Fec Recibo | Transacción | Comentario | Recibo / Chk | Cantidad | Balance |
|---|---|---|---|---|---|---|---|
| pcotto | 07/02/2015 | 07/01/2015 | Depósito transferido | BR # 4356421 [Cta. 31102] | CU16-001/ 0 | $60.00 | $65.77 |
| pcotto | 07/02/2015 | 07/01/2015 | Cargo por servicio | BR # 4356421 [Cta. 31102] | | ($1.00) | $64.77 |
| wrijos | 07/03/2015 | 07/03/2015 | Compra | Factura: 15070423-6526 | | ($64.57) | $0.20 |
| pcotto | 08/13/2015 | 08/12/2015 | Depósito transferido | BR # 4903684 [Cta. 31102] | CU16-031/ 0 | $140.00 | $140.20 |
| pcotto | 08/13/2015 | 08/12/2015 | Cargo por servicio | BR # 4903684 [Cta. 31102] | | ($1.00) | $139.20 |
| k_bay292 | 08/18/2015 | 08/18/2015 | Compra | 15080423-7061 | | ($67.13) | $72.07 |
| mihernandez | 08/18/2015 | 08/18/2015 | Compra | Factura: 15080423-7110 | | ($64.10) | $7.97 |
| wrijos | 08/24/2015 | 08/24/2015 | Cargo por Fotocopias | 17 AGOSTO 2015 | | ($1.50) | $6.47 |
| pcotto | 08/27/2015 | 08/26/2015 | Depósito transferido | BR # 4612474 [Cta. 31102] | CU16-041/ 0 | $60.00 | $66.47 |
| pcotto | 08/27/2015 | 08/26/2015 | Cargo por servicio | BR # 4612474 [Cta. 31102] | | ($1.00) | $65.47 |
| k_bay292 | 09/09/2015 | 09/09/2015 | Compra | 15090423-7309 | | ($57.86) | $7.61 |
| aecordero | 09/16/2015 | 09/16/2015 | Devolución | Factura: 15090423-7365-- Factura Original: 15090423-7309 | | $36.01 | $43.62 |
| wrijos | 09/17/2015 | 09/17/2015 | Cargo por Fotocopias | 9 SEPT 2015 | | ($0.70) | $42.92 |
| pcotto | 09/18/2015 | 09/16/2015 | Depósito transferido | BR # 4793732 [Cta. 31102] | CU16-055/ 0 | $50.00 | $92.92 |
| pcotto | 09/18/2015 | 09/16/2015 | Cargo por servicio | BR # 4793732 [Cta. 31102] | | ($1.00) | $91.92 |
| k_bay292 | 09/21/2015 | 09/21/2015 | Compra | 15090423-7425 | | ($90.82) | $1.10 |
| k_bay292 | 10/07/2015 | 10/07/2015 | Compra | 15100423-7698 | | ($0.69) | $0.41 |
| pcotto | 12/15/2015 | 12/14/2015 | Depósito transferido | BR # 4259688 [Cta. 31102] | CU16-116/ 0 | $100.00 | $100.41 |
| pcotto | 12/15/2015 | 12/14/2015 | Cargo por servicio | BR # 4259688 [Cta. 31102] | | ($1.00) | $99.41 |
| k_bay292 | 12/15/2015 | 12/15/2015 | Compra | 15120423-8422 | | ($75.81) | $23.60 |
| k_bay292 | 12/22/2015 | 12/22/2015 | Compra | 15120423-8512 | | ($23.49) | $0.11 |
| pcotto | 01/21/2016 | 01/20/2016 | Depósito transferido | BR # 4162706 [Cta. 31102] | CU16-139/ 0 | $100.00 | $100.11 |
| pcotto | 01/21/2016 | 01/20/2016 | Cargo por servicio | BR # 4162706 [Cta. 31102] | | ($1.00) | $99.11 |
| k_bay292 | 01/25/2016 | 01/25/2016 | Compra | 16010423-8802 | | ($98.32) | $0.79 |
| jarias | 02/01/2016 | 02/01/2016 | Devolución | Factura: 16020423-8961-- Factura Original: 16010423-8802 | | $6.44 | $7.23 |
| k_bay292 | 02/09/2016 | 02/09/2016 | Compra | 16020423-9106 | | ($7.16) | $0.07 |
| pcotto | 07/28/2016 | 07/27/2016 | Depósito transferido | BR # 4632055 [Cta. 31102] | CU17-018/ 0 | $70.00 | $70.07 |
| pcotto | 07/28/2016 | 07/27/2016 | Cargo por servicio | BR # 4632055 [Cta. 31102] | | ($1.00) | $69.07 |
| k_bay292 | 08/01/2016 | 08/01/2016 | Compra | 16080423-1038 | | ($68.97) | $0.10 |
| jperez | 09/12/2016 | 09/09/2016 | Depósito Electrónico | (Referencia bancaria: 252018100290) | | $10.00 | $10.10 |



Departamento de Corrección y Rehabilitación
Informe de Transacciones del Confinado (detallado)
### 949   DAVID {31102} NUÑEZ PEREZ

Guerrero

| | Fec Reg | Fec Recibo | Transacción | Comentario | Recibo / Chk | Cantidad | Balance |
|---|---|---|---|---|---|---|---|
| jperez | 09/12/2016 | 09/12/2016 | Cargo por Servicio (Dep Elect) | (Referencia bancaria: 252018100290) | | ($1.00) | $9.10 |
| k_bay292 | 09/12/2016 | 09/12/2016 | Compra | 16090423-1465 | | ($8.97) | $0.13 |
| pcotto | 11/04/2016 | 11/03/2016 | Depósito Electrónico | (Referencia bancaria: 308018100019) | | $50.00 | $50.13 |
| pcotto | 11/04/2016 | 11/04/2016 | Cargo por Servicio (Dep Elect) | (Referencia bancaria: 308018100019) | | ($1.00) | $49.13 |
| pcotto | 11/04/2016 | 11/03/2016 | Depósito Electrónico | (Referencia bancaria: 308018100021) | | $100.00 | $149.13 |
| pcotto | 11/04/2016 | 11/04/2016 | Cargo por Servicio (Dep Elect) | (Referencia bancaria: 308018100021) | | ($1.00) | $148.13 |
| mihernandez | 11/10/2016 | 11/10/2016 | Compra | Factura: 16110423-2199 | | ($141.61) | $6.52 |
| jperez | 11/29/2016 | 11/28/2016 | Depósito Electrónico | (Referencia bancaria: 333018100451) | | $50.00 | $56.52 |
| jperez | 11/29/2016 | 11/29/2016 | Cargo por Servicio (Dep Elect) | (Referencia bancaria: 333018100451) | | ($1.00) | $55.52 |
| mihernandez | 12/02/2016 | 12/02/2016 | Compra | Factura: 16120423-2447 | | ($55.30) | $0.22 |
| pcotto | 12/30/2016 | 12/29/2016 | Depósito Electrónico | (Referencia bancaria: 364038100064) | | $40.00 | $40.22 |
| pcotto | 12/30/2016 | 12/30/2016 | Cargo por Servicio (Dep Elect) | (Referencia bancaria: 364038100064) | | ($1.00) | $39.22 |
| lmiguel | 12/30/2016 | 12/30/2016 | Compra | Factura: 16120423-2703 | | ($38.79) | $0.43 |
| wrijos | 08/07/2017 | 08/07/2017 | Transf. Cta a otro complejo (DB) | (Débito por transf. a otro complejo) | | ($0.43) | $0.00 |
| emendez1 | 08/07/2017 | 08/07/2017 | Balance Trasferido (CR) | (Transferencia confirmada, cuenta: 949) | | $0.43 | $0.43 |
| mbatista | 09/01/2017 | 08/31/2017 | Depósito Electrónico | (Referencia bancaria: 243075100308) | | $60.00 | $60.43 |
| mbatista | 09/01/2017 | 09/01/2017 | Cargo por Servicio (Dep Elect) | (Referencia bancaria: 243075100308) | | ($1.00) | $59.43 |
| k_guerrero_2 | 09/04/2017 | 09/04/2017 | Compra | 17090736-4295 | | ($58.39) | $1.04 |
| k_guerrero_2 | 09/04/2017 | 09/04/2017 | Ajuste (CR) 15% Demanda | CR15-17090736-4295 | | $8.76 | $9.80 |
| k_guerrero_1 | 09/18/2017 | 09/18/2017 | Compra | 17090736-4612 | | ($9.66) | $0.14 |
| k_guerrero_1 | 09/18/2017 | 09/18/2017 | Ajuste (CR) 15% Demanda | CR15-17090736-4612 | | $1.45 | $1.59 |
| rugonzalez | 10/27/2017 | 10/17/2017 | Compras Especiales | FACTURA MANUAL T-11 HURACAN MARIA POR PR 20-SEPT-2017 | FE-2018-285/ 0 | ($1.24) | $0.35 |
| pcotto | 11/03/2017 | 11/02/2017 | Depósito Electrónico | (Referencia bancaria: 306034100101) | | $80.00 | $80.35 |



Departamento de Corrección y Rehabilitación
Informe de Transacciones del Confinado (detallado)
## 949   DAVID {31102} NUÑEZ PEREZ

Guerrero

| | Fec Reg | Fec Recibo | Transacción | Comentario | Recibo / Chk | Cantidad | Balance |
|---|---|---|---|---|---|---|---|
| pcotto | 11/03/2017 | 11/03/2017 | Cargo por Servicio (Dep Elect) | (Referencia bancaria: 306034100101) | | ($1.00) | $79.35 |
| rugonzalez | 11/07/2017 | 11/07/2017 | Ajuste (CR) | CR-15 FACTURA FE-2018-285 (15% DEMANDA) | 11072017/ 0 | $0.19 | $79.54 |
| emendez1 | 11/08/2017 | 11/08/2017 | Compra | Factura: 17110736-4759 | | ($26.68) | $52.86 |
| emendez1 | 11/08/2017 | 11/08/2017 | Ajuste (CR) 15% Demanda | CR15-Factura: 17110736-4759 | | $4.00 | $56.86 |
| pcotto | 11/10/2017 | 11/09/2017 | Depósito Electrónico | (Referencia bancaria: 313034100196) | | $50.00 | $106.86 |
| pcotto | 11/10/2017 | 11/10/2017 | Cargo por Servicio (Dep Elect) | (Referencia bancaria: 313034100196) | | ($1.00) | $105.86 |
| emendez1 | 11/14/2017 | 11/14/2017 | Compra | Factura: 17110736-5156 | | ($41.93) | $63.93 |
| emendez1 | 11/14/2017 | 11/14/2017 | Ajuste (CR) 15% Demanda | CR15-Factura: 17110736-5156 | | $6.29 | $70.22 |
| rugonzalez | 11/14/2017 | 11/14/2017 | Devolución | Factura: 17110736-5229-- Factura Original: 17110736-5156 | | $2.24 | $72.46 |
| rugonzalez | 11/14/2017 | 11/14/2017 | Ajuste (DEB) 15% Demanda | RT15-Factura: 17110736-5229— Credito Original: CR15-17110736-5156 | | ($0.34) | $72.12 |
| pcotto | 11/27/2017 | 11/24/2017 | Depósito Electrónico | (Referencia bancaria: 328075100327) | | $70.00 | $142.12 |
| pcotto | 11/27/2017 | 11/27/2017 | Cargo por Servicio (Dep Elect) | (Referencia bancaria: 328075100327) | | ($1.00) | $141.12 |
| eocacio | 11/28/2017 | 11/28/2017 | Compra | Factura: 17110736-5485 | | ($67.73) | $73.39 |
| eocacio | 11/28/2017 | 11/28/2017 | Ajuste (CR) 15% Demanda | CR15-Factura: 17110736-5485 | | $10.16 | $83.55 |
| eocacio | 12/06/2017 | 12/06/2017 | Compra | Factura: 17120736-5892 | | ($83.51) | $0.04 |
| eocacio | 12/06/2017 | 12/06/2017 | Ajuste (CR) 15% Demanda | CR15-Factura: 17120736-5892 | | $12.53 | $12.57 |
| k_guerrero_1 | 12/16/2017 | 12/16/2017 | Compra | 17120736-6321 | | ($12.50) | $0.07 |
| k_guerrero_1 | 12/16/2017 | 12/16/2017 | Ajuste (CR) 15% Demanda | CR15-17120736-6321 | | $1.88 | $1.95 |
| pcotto | 12/21/2017 | 12/20/2017 | Depósito Electrónico | (Referencia bancaria: 354075100611) | | $50.00 | $51.95 |
| pcotto | 12/21/2017 | 12/21/2017 | Cargo por Servicio (Dep Elect) | (Referencia bancaria: 354075100611) | | ($1.00) | $50.95 |
| k_guerrero_1 | 12/23/2017 | 12/23/2017 | Compra | 17120736-6642 | | ($50.28) | $0.67 |
| k_guerrero_1 | 12/23/2017 | 12/23/2017 | Ajuste (CR) 15% Demanda | CR15-17120736-6642 | | $7.54 | $8.21 |
| k_guerrero_1 | 01/06/2018 | 01/06/2018 | Compra | 18010736-6880 | | ($7.77) | $0.44 |



Departamento de Corrección y Rehabilitación
Informe de Transacciones del Confinado (detallado)
## 949   DAVID {31102} NUÑEZ PEREZ

Guerrero

| | Fec Reg | Fec Recibo | Transacción | Comentario | Recibo / Chk | Cantidad | Balance |
|---|---|---|---|---|---|---|---|
| k_guerrero_1 | 01/06/2018 | 01/06/2018 | Ajuste (CR) 15% Demanda | CR15-18010736-6880 | | $1.17 | $1.61 |
| pcotto | 01/08/2018 | 01/05/2018 | Depósito Electrónico | (Referencia bancaria: 5075100413) | | $40.00 | $41.61 |
| pcotto | 01/08/2018 | 01/08/2018 | Cargo por Servicio (Dep Elect) | (Referencia bancaria: 5075100413) | | ($1.00) | $40.61 |
| k_guerrero_1 | 01/13/2018 | 01/13/2018 | Compra | 18010736-7203 | | ($40.48) | $0.13 |
| k_guerrero_1 | 01/13/2018 | 01/13/2018 | Ajuste (CR) 15% Demanda | CR15-18010736-7203 | | $6.07 | $6.20 |
| rugonzalez | 01/25/2018 | 01/25/2018 | Compra | Factura: 18010736-7671 | | ($5.33) | $0.87 |
| rugonzalez | 01/25/2018 | 01/25/2018 | Ajuste (CR) 15% Demanda | CR15-Factura: 18010736-7671 | | $0.80 | $1.67 |
| pcotto | 01/29/2018 | 01/26/2018 | Depósito Electrónico | (Referencia bancaria: 26075100037) | | $40.00 | $41.67 |
| pcotto | 01/29/2018 | 01/29/2018 | Cargo por Servicio (Dep Elect) | (Referencia bancaria: 26075100037) | | ($1.00) | $40.67 |
| rugonzalez | 01/31/2018 | 01/31/2018 | Devolución | Factura: 18010736-7821-- Factura Original: 18010736-7671 | | $5.33 | $46.00 |
| rugonzalez | 01/31/2018 | 01/31/2018 | Ajuste (DEB) 15% Demanda | RT15-Factura: 18010736-7821-- Credito Original: CR15-18010736-7671 | | ($0.80) | $45.20 |
| rugonzalez | 02/06/2018 | 02/06/2018 | Compra | Factura: 18020736-7919 | | ($44.77) | $0.43 |
| rugonzalez | 02/06/2018 | 02/06/2018 | Ajuste (CR) 15% Demanda | CR15-Factura: 18020736-7919 | | $6.72 | $7.15 |
| k_guerrero_1 | 02/10/2018 | 02/10/2018 | Compra | 18020736-8202 | | ($7.01) | $0.14 |
| k_guerrero_1 | 02/10/2018 | 02/10/2018 | Ajuste (CR) 15% Demanda | CR15-18020736-8202 | | $1.05 | $1.19 |
| pcotto | 02/21/2018 | 02/20/2018 | Depósito Electrónico | (Referencia bancaria: 51098100899) | | $51.00 | $52.19 |
| pcotto | 02/21/2018 | 02/21/2018 | Cargo por Servicio (Dep Elect) | (Referencia bancaria: 51098100899) | | ($1.00) | $51.19 |
| pcotto | 03/01/2018 | 02/28/2018 | Depósito transferido | BR # 059075100311 [00347100] | SAN18-161/ 0 | $45.00 | $96.19 |
| pcotto | 03/01/2018 | 02/28/2018 | Cargo por servicio | BR # 059075100311 [00347100] | | ($1.00) | $95.19 |
| k_guerrero_1 | 03/03/2018 | 03/03/2018 | Compra | 18030736-8841 | | ($75.34) | $19.85 |
| k_guerrero_1 | 03/03/2018 | 03/03/2018 | Ajuste (CR) 15% Demanda | CR15-18030736-8841 | | $11.30 | $31.15 |
| rugonzalez | 03/05/2018 | 03/05/2018 | Devolución | Factura: 18030736-8875-- Factura Original: 18030736-8841 | | $2.27 | $33.42 |



Departamento de Corrección y Rehabilitación
Informe de Transacciones del Confinado (detallado)

## 949   DAVID {31102} NUÑEZ PEREZ

Guerrero

| | Fec Reg | Fec Recibo | Transacción | Comentario | Recibo / Chk | Cantidad | Balance |
|---|---|---|---|---|---|---|---|
| rugonzalez | 03/05/2018 | 03/05/2018 | Ajuste (DEB) 15% Demanda | RT15-Factura: 18030736-8875-- Credito Original: CR15-18030736-8841 | | ($0.34) | $33.08 |
| rugonzalez | 03/06/2018 | 03/06/2018 | Compra | Factura: 18030736-9023 | | ($3.08) | $30.00 |
| rugonzalez | 03/06/2018 | 03/06/2018 | Ajuste (CR) 15% Demanda | CR15-Factura: 18030736-9023 | | $0.46 | $30.46 |
| rugonzalez | 03/12/2018 | 03/12/2018 | Compra | Factura: 18030736-9352 | | ($17.04) | $13.42 |
| rugonzalez | 03/12/2018 | 03/12/2018 | Ajuste (CR) 15% Demanda | CR15-Factura: 18030736-9352 | | $2.56 | $15.98 |
| pcotto | 03/16/2018 | 03/15/2018 | Depósito Electrónico | (Referencia bancaria: 74075100403) | | $60.00 | $75.98 |
| pcotto | 03/16/2018 | 03/16/2018 | Cargo por Servicio (Dep Elect) | (Referencia bancaria: 74075100403) | | ($1.00) | $74.98 |
| k_guerrero_1 | 03/17/2018 | 03/17/2018 | Compra | 18030736-9522 | | ($74.38) | $0.60 |
| k_guerrero_1 | 03/17/2018 | 03/17/2018 | Ajuste (CR) 15% Demanda | CR15-18030736-9522 | | $11.16 | $11.76 |
| pcotto | 04/05/2018 | 04/04/2018 | Depósito Electrónico | (Referencia bancaria: 94075100343) | | $80.00 | $91.76 |
| pcotto | 04/05/2018 | 04/05/2018 | Cargo por Servicio (Dep Elect) | (Referencia bancaria: 94075100343) | | ($1.00) | $90.76 |
| k_guerrero_1 | 04/07/2018 | 04/07/2018 | Compra | 18040736-0117 | | ($90.36) | $0.40 |
| pcotto | 04/20/2018 | 04/19/2018 | Depósito Electrónico | (Referencia bancaria: 109075100408) | | $100.00 | $100.40 |
| pcotto | 04/20/2018 | 04/20/2018 | Cargo por Servicio (Dep Elect) | (Referencia bancaria: 109075100408) | | ($1.00) | $99.40 |
| emendez1 | 04/24/2018 | 04/24/2018 | Compra | Factura: 18040736-0870 | | ($74.07) | $25.33 |
| k_guerrero_1 | 05/05/2018 | 05/05/2018 | Compra | 18050736-1085 | | ($24.70) | $0.63 |
| pcotto | 05/08/2018 | 05/07/2018 | Depósito Electrónico | (Referencia bancaria: 127075100573) | | $40.00 | $40.63 |
| pcotto | 05/08/2018 | 05/08/2018 | Cargo por Servicio (Dep Elect) | (Referencia bancaria: 127075100573) | | ($1.00) | $39.63 |
| pcotto | 05/24/2018 | 05/23/2018 | Depósito Electrónico | (Referencia bancaria: 143075100275) | | $50.00 | $89.63 |
| pcotto | 05/24/2018 | 05/24/2018 | Cargo por Servicio (Dep Elect) | (Referencia bancaria: 143075100275) | | ($1.00) | $88.63 |
| k_guerrero_1 | 06/06/2018 | 06/06/2018 | Compra | 18060736-2497 | | ($87.73) | $0.90 |
| pcotto | 06/22/2018 | 06/21/2018 | Depósito Electrónico | (Referencia bancaria: 172038100055) | | $20.00 | $20.90 |
| pcotto | 06/22/2018 | 06/22/2018 | Cargo por Servicio (Dep Elect) | (Referencia bancaria: 172038100055) | | ($1.00) | $19.90 |



Departamento de Corrección y Rehabilitación
Informe de Transacciones del Confinado (detallado)

## 949   DAVID {31102} NUÑEZ PEREZ

Guerrero

|  | Fec Reg | Fec Recibo | Transacción | Comentario | Recibo / Chk | Cantidad | Balance |
|---|---|---|---|---|---|---|---|
| k_guerrero_1 | 06/30/2018 | 06/30/2018 | Compra | 18060736-3207 |  | ($19.32) | $0.58 |
| pcotto | 07/06/2018 | 07/05/2018 | Depósito Electrónico | (Referencia bancaria: 81862502107) |  | $41.00 | $41.58 |
| pcotto | 07/06/2018 | 07/06/2018 | Cargo por Servicio (Dep Elect) | (Referencia bancaria: 81862502107) |  | ($1.00) | $40.58 |
| pcotto | 07/10/2018 | 07/09/2018 | Depósito Electrónico | (Referencia bancaria: 190075100191) |  | $50.00 | $90.58 |
| pcotto | 07/10/2018 | 07/10/2018 | Cargo por Servicio (Dep Elect) | (Referencia bancaria: 190075100191) |  | ($1.00) | $89.58 |
| k_guerrero_1 | 07/14/2018 | 07/14/2018 | Compra | 18070736-3593 |  | ($89.57) | $0.01 |
| k_guerrero_1 | 07/14/2018 | 07/14/2018 | Ajuste (CR) 15% Demanda | CR15-18070736-3593 |  | $13.44 | $13.45 |
| pcotto | 07/27/2018 | 07/26/2018 | Depósito Electrónico | (Referencia bancaria: 207075100275) |  | $50.00 | $63.45 |
| pcotto | 07/27/2018 | 07/27/2018 | Cargo por Servicio (Dep Elect) | (Referencia bancaria: 207075100275) |  | ($1.00) | $62.45 |
| k_guerrero_1 | 08/04/2018 | 08/04/2018 | Compra | 18080736-4217 |  | ($59.91) | $2.54 |
| k_guerrero_1 | 08/04/2018 | 08/04/2018 | Ajuste (CR) 15% Demanda | CR15-18080736-4217 |  | $8.99 | $11.53 |
| k_guerrero_1 | 08/18/2018 | 08/18/2018 | Compra | 18080736-4787 |  | ($11.31) | $0.22 |
| k_guerrero_1 | 08/18/2018 | 08/18/2018 | Ajuste (CR) 15% Demanda | CR15-18080736-4787 |  | $1.70 | $1.92 |
| mbatista | 08/21/2018 | 08/17/2018 | Depósito Electrónico | (Referencia bancaria: 229075100245) |  | $100.00 | $101.92 |
| mbatista | 08/21/2018 | 08/21/2018 | Cargo por Servicio (Dep Elect) | (Referencia bancaria: 229075100245) |  | ($1.00) | $100.92 |
| k_guerrero_1 | 09/01/2018 | 09/01/2018 | Compra | 18090736-5079 |  | ($92.25) | $8.67 |
| k_guerrero_1 | 09/01/2018 | 09/01/2018 | Ajuste (CR) 15% Demanda | CR15-18090736-5079 |  | $13.84 | $22.51 |
| k_guerrero_1 | 09/08/2018 | 09/08/2018 | Compra | 18090736-5360 |  | ($22.26) | $0.25 |
| k_guerrero_1 | 09/08/2018 | 09/08/2018 | Ajuste (CR) 15% Demanda | CR15-18090736-5360 |  | $3.34 | $3.59 |
| pcotto | 10/09/2018 | 10/05/2018 | Depósito Electrónico | (Referencia bancaria: 278098100295) |  | $70.00 | $73.59 |
| pcotto | 10/09/2018 | 10/09/2018 | Cargo por Servicio (Dep Elect) | (Referencia bancaria: 278098100295) |  | ($1.00) | $72.59 |
| k_guerrero_1 | 10/13/2018 | 10/13/2018 | Compra | 18100736-6449 |  | ($67.30) | $5.29 |
| k_guerrero_1 | 10/13/2018 | 10/13/2018 | Ajuste (CR) 15% Demanda | CR15-18100736-6449 |  | $10.10 | $15.39 |
| pcotto | 10/18/2018 | 10/17/2018 | Depósito Electrónico | (Referencia bancaria: 290028100464) |  | $100.00 | $115.39 |



Departamento de Corrección y Rehabilitación
Informe de Transacciones del Confinado (detallado)

## 949   DAVID {31102} NUÑEZ PEREZ

Guerrero

| | Fec Reg | Fec Recibo | Transacción | Comentario | Recibo / Chk | Cantidad | Balance |
|---|---|---|---|---|---|---|---|
| pcollo | 10/18/2018 | 10/18/2018 | Cargo por Servicio (Dep Elect) | (Referencia bancaria: 290028100464) | | ($1.00) | $114.39 |
| k_guerrero_1 | 10/20/2018 | 10/20/2018 | Compra | 18100736-6698 | | ($113.86) | $0.53 |
| k_guerrero_1 | 10/20/2018 | 10/20/2018 | Ajuste (CR) 15% Demanda | CR15-18100736-6698 | | $17.08 | $17.61 |
| k_guerrero_1 | 11/03/2018 | 11/03/2018 | Compra | 18110736-6980 | | ($16.77) | $0.84 |
| mbatista | 11/13/2018 | 11/08/2018 | Depósito Electrónico | (Referencia bancaria: 312098100293) | | $50.00 | $50.84 |
| mbatista | 11/13/2018 | 11/13/2018 | Cargo por Servicio (Dep Elect) | (Referencia bancaria: 312098100293) | | ($1.00) | $49.84 |
| rugonzalez | 11/14/2018 | 11/14/2018 | Compra | Factura: 18110736-7462 | | ($47.28) | $2.56 |
| k_guerrero_1 | 11/24/2018 | 11/24/2018 | Compra | 18110736-7507 | | ($1.99) | $0.57 |
| pcollo | 11/30/2018 | 11/29/2018 | Depósito Electrónico | (Referencia bancaria: 333098100312) | | $60.00 | $60.57 |
| pcollo | 11/30/2018 | 11/30/2018 | Cargo por Servicio (Dep Elect) | (Referencia bancaria: 333098100312) | | ($1.00) | $59.57 |
| k_guerrero_1 | 12/01/2018 | 12/01/2018 | Compra | 18120736-7809 | | ($56.44) | $3.13 |
| pcotto | 12/13/2018 | 12/12/2018 | Depósito Electrónico | (Referencia bancaria: 346098100147) | | $90.00 | $93.13 |
| pcotto | 12/13/2018 | 12/13/2018 | Cargo por Servicio (Dep Elect) | (Referencia bancaria: 346098100147) | | ($1.00) | $92.13 |
| k_guerrero_1 | 12/15/2018 | 12/15/2018 | Compra | 18120736-8392 | | ($91.32) | $0.81 |
| pcotto | 01/02/2019 | 12/28/2018 | Depósito Electrónico | (Referencia bancaria: 362038100153) | | $60.00 | $60.81 |
| pcotto | 01/02/2019 | 01/02/2019 | Cargo por Servicio (Dep Elect) | (Referencia bancaria: 362038100153) | | ($1.00) | $59.81 |
| k_guerrero_1 | 01/05/2019 | 01/05/2019 | Compra | 19010736-8681 | | ($59.69) | $0.12 |
| pcollo | 02/19/2019 | 02/15/2019 | Depósito Electrónico | (Referencia bancaria: 46038100070) | | $80.00 | $80.12 |
| pcollo | 02/19/2019 | 02/19/2019 | Cargo por Servicio (Dep Elect) | (Referencia bancaria: 46038100070) | | ($1.00) | $79.12 |
| k_guerrero_1 | 03/16/2019 | 03/16/2019 | Compra | 19030736-0987 | | ($27.34) | $51.78 |
| k_guerrero_1 | 04/23/2019 | 04/23/2019 | Compra | 19040736-1983 | | ($50.99) | $0.79 |

Total de transacciones:   284                         Balance Final:   **$0.79**